# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY K. ANDERSON,

    Plaintiff,

vs.

STATE OF NEVADA, et al.,

    Defendants.

Case No. 2:14-cv-00427-JCM-CWH

**ORDER**

    Plaintiff has paid the initial partial filing fee. The court has screened his complaint pursuant to 28 U.S.C. § 1915(e)(2). The court dismisses this action because it lacks jurisdiction.

    Petitioner is seeking the ouster of two state-court judges through a writ of quo warranto. The legislature of Nevada has authorized civil actions in the nature of quo warranto. Nev. Rev. Stat. § 35.010, et seq. The constitution of Nevada also gives the Nevada Supreme Court and the state district courts jurisdiction to issue writs of quo warranto. Nev. Const., art. 6, §§ 4, 6. No federal statute allows this court to entertain a quo warranto action to remove state judges from office. Consequently, quo warranto in this situation is solely a matter of state law. This court has jurisdiction over issues of state law only if there is diversity of state citizenship among the parties, among other qualifications. 28 U.S.C. § 1332. Plaintiff resides in Nevada, and he is bringing suit against the State of Nevada and state judges. There is no diversity of citizenship, and this court lacks jurisdiction over the subject matter.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** for lack of jurisdiction over the subject matter. The clerk of the court shall enter judgment accordingly.

1    IT IS FURTHER ORDERED that an appeal from the judgment would not be taken in good
2    faith.
3    DATED:  August 26, 2014.

_____
JAMES C. MAHAN
United States District Judge