# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY K. ANDERSON,

    Plaintiff,

vs.

STATE OF NEVADA, et al.,

    Defendants.

Case No. 2:14-cv-00427-JCM-CWH

**ORDER**

    Plaintiff has submitted a motion to join (#11) and a motion for disposition of proceedings (#12). The court has dismissed this action, and it is on appeal. Consequently, the court lacks jurisdiction to consider these motions.

    IT IS THEREFORE ORDERED that plaintiff's motion to join (#11) is **DENIED**.

    IT IS FURTHER ORDERED that plaintiff's motion for disposition of proceedings (#12) is **DENIED**.

    DATED: October 8, 2014.

_____
JAMES C. MAHAN
United States District Judge