1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY K. ANDERSON,

     Plaintiff,

vs.

STATE OF NEVADA, et al.,

     Defendants.

Case No. 2:14-cv-00427-JCM-CWH

**ORDER**

     Plaintiff has filed a motion requesting showing of proof (#14) that his leave to proceed <u>in forma pauperis</u> has been revoked.  When the court dismissed this action, it noted that an appeal would not be taken in good faith.  "An appeal may not be taken <u>in forma pauperis</u> if the trial court certifies in writing that it is not taken in good faith."  28 U.S.C. § 1915(a)(3).

     IT IS THEREFORE ORDERED that plaintiff's motion requesting showing of proof (#14) is **DENIED**.

     DATED:  March 23, 2015.

_____
JAMES C. MAHAN
United States District Judge